UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

    -v-                              :    **INDICTMENT**

RICHARD YU,
    a/k/a "Young Yu," and             07 Cr.
CARLOS BARROS,                      :
                                           **07 CRIM  611**

          Defendants.           :

- - - - - - - - - - - - - - - - - - - x

### COUNT ONE

    The Grand Jury charges:

    1.    From in or about January 2007, up to and including in or about June 2007, in the Southern District of New York and elsewhere, RICHARD YU, a/k/a "Young Yu," and CARLOS BARROS, the defendants, and others known and unknown, unlawfully, intentionally and knowingly, did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

    2.    It was a part and an object of the conspiracy that RICHARD YU, a/k/a "Young Yu," and CARLOS BARROS, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 50 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, and 500 grams and more of mixtures and substances containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of

Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

### Overt Act

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed:

    a. On or about June 27, 2007, RICHARD YU, a/k/a "Young Yu," and CARLOS BARROS, the defendants, met in a hotel room in Norcross, Georgia to conduct a methamphetamine transaction.

(Title 21, United States Code, Section 846.)

### COUNT TWO

The Grand Jury further charges:

4. On or about June 27, 2007, in the Southern District of New York and elsewhere, RICHARD YU, a/k/a "Young Yu," and CARLOS BARROS, the defendants, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, 50 grams and more of methamphetamine, its salts, isomers, and salts of its isomers.

(Title 21, United States Code, Sections 812, 841(a)(1) & 841(b)(1)(A); Title 18, United States Code, Section 2.)

### FORFEITURE ALLEGATION

5. As a result of committing the controlled substance offenses alleged in Counts One and Two of this Indictment, RICHARD YU, a/k/a "Young Yu," and CARLOS BARROS, the defendants,

shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One and Two of this Indictment.

<u>Substitute Asset Provision</u>

  a. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

  (1) cannot be located upon the exercise of due diligence;

  (2) has been transferred or sold to, or deposited with, a third person;

  (3) has been placed beyond the jurisdiction of the Court;

  (4) has been substantially diminished in value; or

  (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. §

853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1) and 853.)

_/s/ Madeline Couton_____  _/s/ Michael J. Garcia_____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

RICHARD YU,
a/k/a "Young Yu," and
CARLOS BARROS,

Defendants.

---

**INDICTMENT**

07 CR ____

(Title 21, United States Code, Sections 812, 841(a)(1),
841(b)(1)(A), 846; Title 18, United States Code, Section 2.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Madeline Couton*
Foreperson.

*Post 11/87*

*7/3/07*

*Indictment filed, case assigned to Judge Pauley.*
*F. Maas, USMJ*