UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

UNITED STATES OF AMERICA           :

        -against-                                   :      ORDER

Richard Yu,                                              :      07 Cr. 611 (WHP)

        Defendant.                              :
----------------------------------------------------X

WILLIAM H. PAULEY III, DISTRICT JUDGE:

The attorney assigned to this case Roger J. Schwarz is hereby relieved as the attorney for the defendant Richard Yu and David Touger is hereby substituted in his place and stead as the attorney of record for defendant Richard Yu in this criminal action.

SO ORDERED:

UNITED STATES DISTRICT JUDGE

Dated: January 2, 2008
       New York, New York