

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-14-08
```

January 9, 2008

**By Facsimile**

The Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Young Yu & Carlos Barros</u>, 07 Cr. 611 (WHP)

Dear Judge Pauley:

The Government respectfully writes to request that the conference currently scheduled for Friday, January 11, 2008, at 2:15 p.m., be adjourned until January 25, 2008 at 3:00 p.m. The Government requests this adjournment, with consent of defense counsel, because the parties in this case are discussing a disposition and require additional time to continue, and to complete, those discussions.

The Government further respectfully requests that the Court exclude time from Speedy Trial Act calculations, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), from today's date until the date of the next conference, in the interests of justice, so that the above-referenced disposition discussions can continue, by so ordering this letter. Counsel to Mr. Yu and Mr. Barros have informed me that they do not object to this request.

Sincerely,

MICHAEL J. GARCIA
United States Attorney

By: /s/
John T. Zach
Assistant United States Attorney
(212) 637-2410 (phone)
(212) 637-2387 (fax)

Application Granted on consent.

**SO ORDERED:**

/s/
WILLIAM H. PAULEY III U.S.D.J.
1-10-08

cc: David Touger, Esq.
   Mark Gombiner, Esq.
   **(via facsimile)**