UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA     :

           -v-     :

                                                 :     **ORDER**
RICHARD YU,           07 Cr. 611 (WHP)

                    Defendant.     :

                                               :
--------------------------------------------------------X

       It is hereby ORDERED that:

       David Touger, Esq. is hereby appointed as the attorney of record for defendant Young Yu in this criminal action <u>nunc pro tunc</u> to November 30, 2007.

Dated: New York, New York
       March 21, 2008

                                                   SO ORDERED:

                                                   William H. Pauley III
                                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08