USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/2008

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 24, 2008



RECEIVED
APR 24 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

**By Hand**
The Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>United States v. Young Yu & Carlos Barros</u>, 07 Cr. 611 (WHP)

Dear Judge Pauley:

      The Government respectfully writes to request that the conference currently scheduled for Friday, April 25, 2008, at 2:30 p.m., be adjourned for three weeks. The Government and counsel for Mr. Barros have been unable to schedule a plea in the Magistrate's Court because of the Assistant's trial schedule and defense counsel's previously scheduled vacation. The parties, however, will have the plea scheduled shortly. In addition, counsel for Mr. Yu and the Government continue to discuss a disposition in this case. The parties are requesting an additional three weeks to continue those discussions.

      The Government further respectfully requests that the Court exclude time from Speedy Trial Act calculations, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), from today's date until the date of the next conference, in the interests of justice, so that the above-referenced disposition discussions can continue, by so ordering this letter. Counsel to Mr. Yu and Mr. Barros have informed me that they do not object to this request.

      Sincerely,

      MICHAEL J. GARCIA
      United States Attorney

By:      _____
      John T. Zach
      Assistant United States Attorney
      (212) 637-2410 (phone)
      (212) 637-2387 (fax)

cc:    David Touger, Esq.
      Mark Gombiner, Esq.

*Application Granted. The conference is adjourned to May 16, 2008 at 2:00 p.m.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
4/24/2008