

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 15, 2008

**By Hand**
The Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-16-08

Re:   United States v. Young Yu & Carlos Barros, 07 Cr. 611 (WHP)

Dear Judge Pauley:

The Government respectfully writes to request that the conference currently scheduled for Friday, May 16, 2008, at 2:00 p.m., be adjourned for three weeks. On May 8, 2008, Mr. Barros pled guilty before Magistrate Judge Frank Maas to both counts in the above-referenced indictment. In addition, the Government has been in disposition discussions with counsel for Mr. Yu and it appears that Mr. Yu likely will enter a plea in the next three weeks. Per the Court's previous instruction, the parties will arrange for the likely plea to take place in Magistrate's Court.

The Government further respectfully requests that the Court exclude time from Speedy Trial Act calculations, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), from today's date until the date of the next conference, in the interests of justice, so that the above-referenced disposition discussions can continue, by so ordering this letter. Counsel to Mr. Yu informed me that he consents to this request.

Sincerely,

MICHAEL J. GARCIA
United States Attorney

By: _____
John T. Zach
Assistant United States Attorney
(212) 637-2410 (phone)
(212) 637-2387 (fax)

cc:  David Touger, Esq.

APPLICATION GRANTED. THE CONFERENCE FOR DEFENDANT YOUNG YU IS ADJOURNED
SO ORDERED: To JUNE 20, 2008 AT 2:00 P.M. IN THE INTERESTS OF JUSTICE

_____
WILLIAM H. PAULEY III U.S.D.J.
5-16-08

TOTAL P.002