U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-11-08
```

August 4, 2008

**By Facsimile**
The Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Young Yu, 07 Cr. 611 (WHP)

Dear Judge Pauley:       **MEMO ENDORSED**

The Government respectfully writes to request that the conference currently scheduled for Wednesday, August 6, 2008, at 2:30 p.m., be adjourned and that a sentencing date be set by the Court. The Government and counsel for Mr. Yu have scheduled a plea in the Magistrate's Court for Friday, August 8, 2008. The Government will forward a transcript of that proceeding to the Court after it takes place this Friday.

The Government further respectfully requests that the Court exclude time from Speedy Trial Act calculations, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), from today's date until the date of the plea on August 8, in the interests of justice, so that the above-referenced disposition discussions can continue, by so ordering this letter. Counsel to Mr. Yu has informed me that he does not object to this request.

Sincerely,

MICHAEL J. GARCIA
United States Attorney

By: _____
John T. Zach
Assistant United States Attorney
(212) 637-2410 (phone)
(212) 637-2387 (fax)

cc: David Touger, Esq.

APPLICATION GRANTED. SPEEDY TRIAL TIME IS EXCLUDED UNTIL AUGUST 8, 2008 IN THE INTERESTS OF JUSTICE.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
8/8/08

TOTAL P.002